**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000743
22-SEP-2022
08:22 AM
Dkt. 83 OCOR**

NO. CAAP-18-0000743

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LUKELA S. MEYERS, Plaintiff-Appellant, v.
CHRISTINA K. MEYERS, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 15-1-0251)

ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court, filed on August 25, 2022, and the Order Denying Motion for Reconsideration and Dismissing Motion for Extension of Time to File a Motion for Reconsideration, filed on September 14, 2022, is corrected as follows:

In the case caption, the court in which the appeal is taken is corrected by replacing the word "CIRCUIT" with "FAMILY" so that the line reads:

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, September 22, 2022.

/s/ Clyde J. Wadsworth
Associate Judge

---

[1] Ginoza, Chief Judge, and Leonard and Wadsworth, JJ.